College of Law – Civil Justice Clinic
Sandra Day O'Connor College of Law
Arizona State University
Box 877906
Tempe, Arizona 85287-7906
(480) 965-6969
law.clinic@asu.edu
M. Robert Dauber, AZ Bar No. 009067
Faculty Supervisor
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carmen O'Quin,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Bank of America, N.A.,<br><br>　　　　Defendant. | No. CV 12-00744-PHX-ROS<br><br>**NOTICE OF SETTLEMENT**<br><br>*(Assigned to the Honorable Roslyn Silver)* |

Plaintiff Carmen O'Quin ("O'Quin") hereby notifies the Court that O'Quin and Defendant Bank of America, N.A. ("BANA") have reached an agreement in principle to settle the above-captioned matter. To facilitate the agreement, O'Quin requests that the Court vacate its May 15, 2013 Order to Show Cause [Dkt. 79] without requiring a response from BANA. Upon execution of a formalized final settlement agreement and performance of the obligations therein, the parties will jointly file a stipulation to dismiss the above-captioned action with prejudice. In light of the agreement in principle, O'Quin requests that the Court vacate all Court-scheduled deadlines, including those set forth in the Rule 16 Scheduling Order [Dkt. 50].

DATED this 20th day of May, 2013.

                         A.S.U. CIVIL JUSTICE CLINIC
                         SANDRA DAY O'CONNOR COLLEGE OF LAW

                         <u>M. Robert Dauber</u>
                         M. Robert Dauber
                         Faculty Supervisor

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of May, 2013, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean K. McElenney
Greg Iannelli Esq.
Bryan Cave, LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406


By: <u>s/Shirley Kempton</u>